IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JEFFERSON DOUGLAS BRIDGES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs ) | CIVIL ACTION NO. 00-C-1099-E |
| ) | |
| WARDEN STEVE DEES, et al, ) | |
| ) | |
| Respondent(s). ) | |

FILED 01 APR 23 AM 9:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
APR 23 2001

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed because it is barred by the statute of limitations. An appropriate order will be entered.

DONE, this 23d day of April, 2001.

U. W. CLEMON,
CHIEF UNITED STATES DISTRICT JUDGE